

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-14-2002

# Stonington Partners v. Lernout Hauspie

Precedential or Non-Precedential: Non-Precedential

Docket No. 01-3636

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Stonington Partners v. Lernout Hauspie" (2002). *2002 Decisions.* Paper 731.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/731

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NO. 01-3636
_____

STONINGTON PARTNERS, INC.;
STONINGTON CAPITAL APPRECIATION 1994
FUND, L.P.; STONINGTON HOLDINGS, L.L.C.,
Appellants

v.

LERNOUT & HAUSPIE SPEECH PRODUCTS N.V.;
DICTAPHONE CORP;
L&H HOLDINGS USA INC.

*OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
Intervenor in Bankruptcy Court

(*AMENDED per clerk's order of 2/8/02)
_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. Civil No. 01-cv-00594)
District Judge: Honorable Joseph J. Farnan, Jr.
_____

(Filed: November 12, 2002 )
_____

ORDER  AMENDING  SLIP  OPINION
_____

Present: ROTH, RENDELL & ROSENN, <u>Circuit Judges</u>


The slip opinion in the above case is hereby amended as follows:


1.      On page 23, in the second paragraph, line 12, place a comma after "relief" and
        substitute "given" for the next word, "and."

BY THE COURT:

/s/Max Rosenn
Circuit Judge

Date: November 12, 2002